IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NICHOLAS J. HOGAN,<br><br>   Plaintiff,<br><br>  v.<br><br>CAROLYN V. COLVIN, Commissioner of the Social Security Administration,<br><br>   Defendant. | Civ. No. 6:15-cv-00315-CL<br><br>ORDER |

MCSHANE, Judge:

  Magistrate Judge Mark D. Clarke filed a Report and Recommendation (ECF No. 31), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although plaintiff did not file objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Judge Clarke's Report and Recommendation (ECF No. 31) is adopted. The Commissioner's decision is REVERSED and REMANDED for the calculation of benefits under 42 U.S.C. §405(g).

  IT IS SO ORDERED.

  DATED this 9th day of May, 2016.

                 _____/s/ Michael J. McShane_____
                     Michael McShane
                 United States District Judge

1 – ORDER